UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER LEE CYR, | No. 08-16622 |
| Petitioner - Appellant, | D.C. No. 2:07-CV-01264-RLH<br>District of Nevada,<br>Las Vegas |
| v. | |
| VARE, Warden; ATTORNEY GENERAL<br>FOR THE STATE OF NEVADA, | ORDER |
| Respondents - Appellees. | |

Before:      CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Nevada state prisoner Christopher Lee Cyr appeals pro se from the district

court's judgment dismissing his 28 U.S.C. § 2254 habeas petition for failure to

comply with the court's order.

Because Cyr challenges the final order in a habeas proceeding, a certificate

of appealability is required before an appeal may be taken. *See* 28 U.S.C.

§ 2253(c). We construe Cyr's notice of appeal as a request for a certificate of

appealability on the issue of whether the district court properly dismissed his

habeas petition for failure to follow the court's order. So construed, the motion is

denied. *See* 9th Cir. R. 22-1(d); *see also Slack v. McDaniel*, 529 U.S. 473, 484-85

(2000).